Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ANNIE KIM LE,<br><br>Debtor. | Case No. 21-50179 SLJ<br>Chapter 7<br>Hon. Stephen L. Johnson<br><br>**APPLICATION FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY COUNSEL FOR CHAPTER 7 TRUSTEE**<br><br>[Date to be Set] |

This Application is submitted pursuant to the *Guidelines for Compensation and Expense Reimbursement of Professional and Trustees* adopted by the United States Bankruptcy Court for the Northern District of California.

1. Date of Filing of Case: February 10, 2021
(Case Closed July 25, 2023
and Reopened on January 19, 2024)

2. Name of Trustee: Doris Kaelin

3. Present Balance on Hand: See TFR

4. Appointment of Applicant: January 24, 2024
(effective January 19, 2024)

5. Time Period of Application: January 19, 2024 – September 8, 2025

| | | | |
|---|---|---|---:|
| 6. | Hourly Rate of Professionals: | | $600 |
| 7. | Total Hours in this Application: | | 13.70 |
| 8. | Total Fees Requested | | $8,220 |
| 9. | Costs Requested: | | $106.72 |
| 10. | Total Fees and Costs Requested: | | $8,326.72 |

**Background**

The Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code on February 10, 2021. Applicant acted as counsel for the Trustee and, during that time, filed an Adversary Proceeding (AP 22-5013) and obtained a judgment against Suong Thao Phung for a fraudulent transfer. The Court entered judgment in favor of the Trustee in the amount of $122,350 ("**Phung Judgment**"). Applicant recorded an abstract of judgment in Santa Clara County and took other actions to enforce and collect the Phung Judgment. These efforts were not successful and the Trustee closed the case in June of 2023.

In August of 2023, Suong Thao Phung filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code (Case No. 23-50851 MEH) and Fred Hjelmeset was appointed as the Chapter 7 Trustee to administer the assets of the estate ("**Phung Estate**").

At the request of the Trustee, the Office of The United States Trustee filed an *ex parte* application seeking to reopen the Debtor's estate, so that the Trustee could, among other things, seek to collect the Phung Judgment.

Following the reopening of the Debtor's case, Applicant assisted the Trustee in investigating the enforceability of the Phung Judgment against the assets in the Phung Estate. Applicant conducted legal research and concluded that the Trustee's abstract could be enforced against assets in the Phung Estate and still encumbered the underlying real property, notwithstanding the fact that Phung had transferred her ownership interests in the real property located in Santa Clara County prior to the recordation of the Trustee's abstract of judgment.

/ / /

/ / /

Applicant assisted the Trustee in working with counsel for Mr. Hjelmeset and, ultimately, the parties reached an agreement that the abstract of judgment would attach to certain real property interests in the Phung Estate, but would be reduced from $122,350 to $100,000.

Applicant drafted an agreement settling the dispute between the two estates. Following the execution of the agreement, Applicant drafted a notice and motion seeking Bankruptcy Court authorization to enter into the agreement. Upon the passage of the notice period, the Bankruptcy Court entered an order that authorized the Trustee to enter into the agreement. After the orders were entered authorizing both trustees to enter into the settlement, Applicant was contacted, multiple times, by escrow agents seeking to close real property sales where the properties were encumbered by the Phung Judgment. Applicant worked with the title company to resolve questions about the judgment which ultimately allowed the sales to close.

Approximately two months later, the Trustee received full payment of the settlement amount, $100,000. Under the provisions of the settlement agreement, Applicant filed an amended unsecured claim in the Phung Estate for the unpaid balance of the judgment. At the Trustee's request, Applicant contacted another judgment debtor, Tramy Nguyen, and sought to collect or otherwise settle the judgment. These efforts were not successful. Applicant assisted the Trustee by monitoring the Phung Estate and working with counsel for Trustee Hjelmeset.

DATED: September 8, 2025            RINCON LAW LLP

                                    By: */s/ Gregg Kleiner*
                                        GREGG S. KLEINER
                                        Counsel for DORIS KAELIN,
                                        Trustee in Bankruptcy

# CERTIFICATION

I, Gregg Kleiner, declare as follows:

1. I am a Partner with the law firm of Rincon Law LLP ("**Applicant**").

2. I am the attorney principally responsible for the representation of the Trustee in this case, and directly supervised the professionals, paraprofessionals, and staff of Applicant with respect to this representation. I make this Declaration based upon my personal knowledge and review of invoices and documents in this case.

3. I am familiar with and have read the above application and the facts therein are true to my knowledge and belief. The copies of the billing statements are true and correct copies of the Applicant's billing statements for this case.

4. Applicant has not been paid or promised any compensation from any other source for services rendered in connection with this case.

5. Applicant has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

6. To the best of my knowledge, information and belief, the compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professional and Trustees for the United States Bankruptcy Court for the Northern District of California, except to the extent set forth in the application.

7. This application is submitted in accordance with the Guidelines for Compensation and Expense Reimbursement of Professional and Trustees for the United States Bankruptcy Court for the Northern District of California.

8. The compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by Applicant and generally accepted by Applicant's clients.

I declare under penalty of perjury that the foregoing is true and correct and that this certification was executed this 8th day of September 2025 in San Francisco, California.

/s/ Gregg S. Kleiner
GREGG S. KLEINER

RINCON LAW LLP

268 BUSH STREET #3335

SAN FRANCISCO, CA 94104

| | |
|---|---|
| Annie Le, Chpater 7 Debtor<br>Doris Kaelin, Chapter 7 Trustee<br>PO Box 1582<br>Santa Cruz, CA 95061 | September 8, 2025<br>Invoice No.     1779 |

Professional Services

| | | Hours | Amount |
|---|---|---|---|

### 1 Administration

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/19/2024 | GSK | Review file and draft application to limit notice and order (.10) | 0.10 | 60.00 |
| 3/28/2024 | GSK | Review multiple pleadings filed in Phung case and email to Trustee (.10) | 0.10 | 60.00 |
| 11/25/2024 | GSK | Review file and email to Ms. Colabianchi, counsel to Phung Trustee re status of case administration and possibility of distributions to Le estate an account of its claim in Phung chapter 7 (.10) | 0.10 | 60.00 |
| | SUBTOTAL: | | [ 0.30 | 180.00] |

### 2 - Assets

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/12/2024 | GSK | Review file and draft email to Ms. Nguyen re possible settlement of estate's judgment against her (.20); call with Trustee re possible settlement with defendant (.10); Review and respond to email to Ms. Nguyen re possible settlement and needed information (.20) | 0.50 | 300.00 |
| 8/26/2024 | GSK | Review documents from Ms. Nguyen re $208k judgment (.20); call with Trustee re same (.20); email to Ms. Nguyen re missing bank account (nc) | 0.40 | 240.00 |
| 8/28/2024 | GSK | Review multiple emails from Ms. Nguyen re judgment (.10); email to Trustee (nc); call from Trustee (.10); follow-up email to Ms. Nguyen regarding paying off judgment (.20) | 0.40 | 240.00 |
| 9/3/2024 | GSK | Review email from Ms. Nguyen re payoff of judgment, review file and respond (.20) | 0.20 | 120.00 |
| 9/5/2024 | GSK | Review email from Mr. Mesa re Nguyen judgment, review files and send requested documents re possible purchase of judgment (.10) | 0.10 | 60.00 |
| 9/18/2024 | GSK | Review and respond to email to Mr. Mesa re possibility of purchasing Nguyen judgment (.10) | 0.10 | 60.00 |
| 2/14/2025 | GSK | Call from Trustee Hjelmeset re claim filed by Trustee Kaelin in Phung chapter 7 case (.10); email to Trustee Kaelin (nc) | 0.10 | 60.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| | SUBTOTAL: | | [ 1.80 | 1,080.00] |

### 2.1 Phung - Le Judgment and Abstract

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/19/2024 | GSK | Conduct research regarding estate's interest in real property that was fraudulently transferred by debtor to entity debtor controlled (1.3) | 1.30 | 780.00 |
| | GSK | Review pleadings in the Phung case concerning a sale and a free and clear sale of the Hopeton property to debtor Phung (.40); call with Ms. Colabianchi, counsel for Mr. Hjelmeset, re Cass decision and impact on abstract (.20) | 0.60 | 360.00 |
| 1/24/2024 | GSK | Review file and email to Ms. Colabianchi re motion to sell real property free and clear of Trustee's abstract (.10) | 0.10 | 60.00 |
| 1/25/2024 | GSK | Review case law regarding Cass and related case law (.20); call with Ms. Colabianchi re abstract of judgment and Phung's fraudulent transfer of real property (.40); call with Trustee (.10); draft summary of possible settlement terms and email to Trustee (.30) | 1.00 | 600.00 |
| 1/26/2024 | GSK | Review comments from Trustee and make further revisions to draft term sheet re settlement with Phung chapter 7 estate (.20) | 0.20 | 120.00 |
| 1/29/2024 | GSK | Review stipulation with debtor and secured creditor re Silver Ck property and email to Ms. Colabianchi, counsel to Phung Trustee re stipulation (.20) | 0.20 | 120.00 |
| 1/30/2024 | GSK | Review email from Ms. Colabianchi re terms of proposed settlement and email to Trustee re items that need clarification (.10); email to Ms. Colabianchi re slight revision in terms to settlement agreement (.10) | 0.20 | 120.00 |
| 2/6/2024 | GSK | Review and make annotations to the draft order re free and clear sale of Hopeton property (.20) | 0.20 | 120.00 |
| 2/7/2024 | GSK | Review file and begin drafting notice re settlement of dispute re judgment and abstract with the Phung chapter 7 estate (1.6) | 1.60 | 960.00 |
| 2/14/2024 | GSK | Review file and draft 9019 notice and draft agreement to resolve dispute between Phung estate and Le estate (.50) | 0.50 | 300.00 |
| 2/15/2024 | GSK | Review and revise draft settlement agreement with Phung estate (.30); email to Trustee (.10) | 0.40 | 240.00 |
| 2/23/2024 | GSK | Review Ms. Colabianchi revisions to settlement agreement and Trustee's comments (.10); make further revisions requested by Trustee (.30); email to Trustee (nc); email to Ms. Colabianchi (.10) | 0.50 | 300.00 |
| 2/25/2024 | GSK | Review and respond to email to re change to settlement agreement with Phung estate/ make change and reply to Trustee (.10) | 0.10 | 60.00 |
| 2/26/2024 | GSK | Review NOD for 3921 Carracci, San Jose, CA - owned by debtor Phung (.10); email to Ms. Colabianchi re status of Carracci real property (.10); Call with Trustee re real property subject to liens owned by Ms. Phung (.20) | 0.40 | 240.00 |
| 2/28/2024 | GSK | Review and revise draft notice to include new provisions related to language from settlement agreement (.60) | 0.60 | 360.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/29/2024 | GSK | Review and respond to email to Ms. Colabianchi re settlement agreement and non-opposition of Trustee Kaelin to free and clear sales in Phung case (.10); call with Trustee (.10); draft declaration and motion iso settlement agreement with Phung estate (.50) | 0.70 | 420.00 |
|  | GSK | Review notice of free and clear sale of the Carracci real property (.20); email to Trustee (nc) | 0.20 | 120.00 |
| 3/20/2024 | GSK | Review file and draft certification of no opposition to motion and form of order re settlement with Phung estate re judgment (.30) | 0.30 | 180.00 |
| 3/21/2024 | GSK | Review demand for pay off for Carlucci property (.10); calls to and from Cornerstone title re payoff (.10); review file and draft email to escrow agent and Ms. Colabianchi re payoff demand (.20); Review sale notice for property and reply to Ms. Colabianchi and Cornerstone representative re sale (.20) | 0.60 | 360.00 |
| 3/27/2024 | GSK | Review order and other pleadings in Ms. Phung's case re sale of real property / email to Trustee (.10) | 0.10 | 60.00 |
| 3/29/2024 | GSK | Review entered order re settlement with Phung estate and review agreement (.10); email to Ms. Colabianchi re entry of order and payment of settlement amount (.10) | 0.20 | 120.00 |
| 4/3/2024 | GSK | Review motions filed in Phung case related to claims (.10); email to Trustee (nc) | 0.10 | 60.00 |
| 4/10/2024 | GSK | Review payoff demands from title company re sale of real property from Phung estate - seeking judgment payoff (.10); call from escrow agent re same (.10); email to Trustee (nc) | 0.20 | 120.00 |
| 4/15/2024 | GSK | Review file, calculate Federal Judgment interest on claim, and draft amended claim following payment of $100k settlement from Phung Trustee (.30) | 0.30 | 180.00 |
| 9/18/2024 | GSK | Review email and attachments from Ms. Colabianchi re liens asserted by Trustee against property owned by debtor (.20); respond to Ms. Colabianchi's request for lien releases (.10) | 0.30 | 180.00 |
| 10/22/2024 | GSK | Call from Ms. Colabianchi, counsel for Trustee Hjelmeset re status of case (.10) | 0.10 | 60.00 |
|  |  | SUBTOTAL:                                                  [ | 11.00 | 6,600.00] |

3 - Fee Application

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/19/2024 | GSK | Draft application, declaration and order to employ Rincon Law as counsel to trustee (.40) | 0.40 | 240.00 |
| 9/8/2025 | GSK | Review file and draft fee application (.20) | 0.20 | 120.00 |
|  |  | SUBTOTAL:                                                  [ | 0.60 | 360.00] |
|  |  | For professional services rendered | 13.70 | $8,220.00 |

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 2/29/2024 | Postage | 37.12 |
|  | Copies #348 | 69.60 |
|  | Total additional charges | $106.72 |
|  | Total amount of this bill | $8,326.72 |
|  | Balance due | $8,326.72 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| GREGG S KLEINER | 13.70 | 600.00 | $8,220.00 |

TRUSTEE'S STATEMENT RE REVIEW OF FEE APPLICATION

I, Doris Kaelin, hereby certify that I have read the foregoing fee application of Rincon Law LLP, attorneys for me as Trustee in the bankruptcy case of Annie Kim Le, Case No. 21-50179 SLJ, and I have no objections to the fee application or the fees and costs requested herein.

Dated: September 9, 2025

_____
Doris Kaelin, Chapter 7 Trustee